# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Rakmoth Ullah

                Plaintiff

Civil Action No.: 1:20-CV-634

vs.

Robert A. Linkenauger, et al.

                Defendant(s)

## AFFIDAVIT OF SERVICE

I, James R. Parker, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Subpoena Duces Tecum with Attachment A in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 9/17/2020 at 2:00 PM, I served Suzanne Pierce at 1328 3rd Street, SW, Roanoke, Virginia 24016 with the Subpoena Duces Tecum with Attachment A by serving Suzanne Pierce, personally.

Suzanne Pierce is described herein as:

Gender: Female   Race/Skin: White   Age: 28   Weight: 130   Height: 5'11"   Hair: Blonde   Glasses: No

I declare under penalty of perjury that this information is true and correct.

Executed On 9-23-20

James R. Parker

Client Ref Number: N/A
Job #: 1581534

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Rakmoth Ullah ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:20-CV-634 |
| Robert A. Linkenauger and I Love Basketball, LLC ) | |
| *Defendant* ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Micah Fraim
325 Mountain Ave SW, Roanoke, VA

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A

| Place: Email to counsel: sharris@dimuro.com or mail: Stacey Rose Harris, 1101 King St, Ste 610, Alexandria, VA 22314, or produced at another agreed upon location | Date and Time: 10/01/2020 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/16/2020

CLERK OF COURT           OR           *Stacey Rose Harris*

*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Rakmoth Ullah, who issues or requests this subpoena, are:
Stacey Rose Harris, DiMuroGinsberg PC, 1101 King Street, Ste. 610, Alexandria, VA 22314, (703) 684-4333

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).