IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

RAKMOTH ULLAH,                     )
                                   )
            Plaintiff,             )
                                   )
v.                                 )   Civil Action No. 1:20cv0634 (AJT/JFA)
                                   )
ROBERT LINKENAUGER, et al.,        )
                                   )
            Defendants,            )
v.                                 )
                                   )
ROCKY ULLAH SERVICES,              )
                                   )
            Counter-Defendant.     )
                                   )

## ORDER

On December 11, 2020, the parties filed a joint motion for extension of discovery and pretrial conference (Docket no. 81), a memorandum in support, and a notice of hearing for Friday, December 18, 2020 at 10:00 a.m. On December 15, 2020, the court scheduled the hearing on the motion for extension to Friday, December 18, 2020 at 10:30 a.m.

Having reviewed the motion and memorandum in support, and considered the arguments of counsel, in accordance with instructions from the District Judge and for the reasons stated during the hearing on December 18, 2020, it is hereby

ORDERED that the motion is granted in part and denied in part. Defendants must file an answer to the amended complaint within eleven (11) days, by Tuesday, December 29, 2020. The final pretrial conference will go ahead as scheduled for the sole purpose of setting the trial date. The discovery period is extended to March 12, 2021 with all Rule 26(a)(3) disclosures and other

required disclosures and stipulations due by March 19, 2021 and objections due ten (10) days thereafter by March 29, 2021.

Entered this 18th day of December, 2020.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia